# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAREN HEATH-ORR,<br>　　　Plaintiff,<br><br>　　　v.<br><br>U.S. BANK, N.A., DOES 1-10,<br>　　　Defendants. | No. 3:15-cv-639 (SRU) |

## ORDER DISMISSING CASE

　　　The court has previously warned plaintiff, Karen Heath-Orr that failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure would result in dismissal of this case. Rule 4(m) provides, in part, that if service of the summons and complaint is not made upon the defendant within 120 days after the filing of the complaint, the court, after notice to the plaintiff, shall dismiss the action without prejudice.  It appears that more than 120 days have passed since the filing of the complaint in this case and executed returns of service upon U.S. BANK, N.A. and DOES 1-10 have not been filed.  Accordingly, this case is hereby dismissed without prejudice, against those parties, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. The Clerk is directed to close this case.

　　　It is so ordered.

Dated at Bridgeport, Connecticut, this 3rd day of November 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ STEFAN R. UNDERHILL
　　　　　　　　　　　　　　　　　　　　　　　　　Stefan R. Underhill
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge